UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America,**

**-vs-**                                                   Case No. 2:25-mj-169

**Dedrick Richardson**

## COURTROOM MINUTES

| JUDGE: | Elizabeth Preston Deavers | DATE AND TIME: | 3/26/2025 1:37pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Tim Prichard |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Mike Probst |
| INTERPRETER: | | PRETRIAL/PROBATION: | Jen Chadwick |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Financial Affidavit submitted – CJA panel attorney Mike Probst appointed
-Identity & Detention Hearing set for Monday, 3/31/2025 at 1pm before Judge Vascura